**Judge Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES RUBIN ROWE,<br><br>　　Defendant/Judgment Debtor,<br><br>　　and<br><br>SKILLS INC.,<br><br>　　　　Garnishee. | Case No. 2:17-MC-00017-RSL<br><br>(2:01-CR-00275-MJP-1)<br><br>**Order Directing Disposition of Withheld Earnings and Terminating Garnishment** |

Pursuant to 28 U.S.C. § 3205(c)(7) and (10)(B), the United States moved for an order directing Garnishee Skills, Inc. to deliver to the Court the earnings it withheld from Defendant/Judgment Debtor, James Rubin Rowe (Mr. Rowe), under the Writ of Garnishment in this case and, thereafter, terminating this garnishment. The Court has considered the United States' motion and any responses and replies thereto. For the reasons stated in the United States'

ORDER DIRECTING DISPOSITION OF WITHHELD EARNINGS
AND TERMINATING GARNISHMENT (U.S. v. JAMES RUBIN ROWE & SKILLS, INC.,
Nos. 2:17-MC-00017-RSL; 2:01-CR-0275-1) – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

motion, the Court finds that the motion should be granted.  Accordingly, the Court orders as follows:

1. Garnishee Skills Inc. shall pay to the Court the $1,665.00 it has withheld from Defendant/Judgment Debtor James Rubin Rowe's earnings pursuant to the Writ of Garnishment;

2. Skills Inc. shall make its payment via a check payable to the U.S. District Court for the Western District of Washington, referencing Case Nos. 2:01-CR-00275-MJP-1, and deliver such payment either personally or by First Class Mail to:

    U.S. District Court, Western District of Washington
    Attn: Financial Clerk – Lobby Level
    700 Stewart Street
    Seattle, Washington 98101; and

3. Upon the Clerk of Court's receipt of Garnishee Skills, Inc.'s payment, the Writ of Garnishment, [dkt. no. 3], shall be terminated, and this garnishment action closed.

Dated this 8th day of June, 2017.

*Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Court

Presented by:

ANNETTE L. HAYES
United States Attorney

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER DIRECTING DISPOSITION OF WITHHELD EARNINGS
AND TERMINATING GARNISHMENT (U.S. v. JAMES RUBIN ROWE & SKILLS, INC.,
Nos. 2:17-MC-00017-RSL; 2:01-CR-0275-1) – 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970